JAMES STODDARD, Respondent, *v.* JOHN McAULIFFE et al., Appellants.

*Stoddard* v. *McAuliffe*, 81 Hun, 524, affirmed.
(Argued January 29, 1897; decided February 12, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered November 28, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Daniel P. Mahony* for appellants.

*George S. Hastings* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.